UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2004 FEB 23 P 1:37

MADISON POLYMERIC ENGINEERING, :
INC., ET AL., :
 :
    Plaintiffs, :
 :
v. : CASE NO. 3:00CV2290 (RNC)
 :
WAYNE CASTLEBERRY, ET AL., :
 :
    Defendants. :

### REFERRAL TO MAGISTRATE JUDGE

This case is hereby referred to Magistrate Judge Donna F. Martinez for the following:

___   To confer with the parties and enter the scheduling order required by F.R.Civ.P. 16(b) (orefmisc./misc);

___   To supervise discovery and resolve discovery disputes (orefmisc./dscv);

___   A ruling on all pretrial motions except dispositive motions, as permitted by 28 U.S.C. § 636(b)(1)(B) (orefmisc./dscv);

___   To conduct settlement conferences (orefmisc./cnf);

___   To conduct a prefiling conference (orefmisc./cnf);

___   To assist the parties in preparing a joint trial memorandum (orefmisc./misc);

_X_   A ruling ruling on the following pending motion (orefm.): Motion to Enforce Settlement Agreement [doc. 46]

So ordered.

Dated at Hartford, Connecticut this 23rd day of February 2004.

                            Robert N. Chatigny
                          United States District Judge