IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------X

MADISON POLYMERIC ENGINEERING,
INC., WALTER L. MAGUIRE, JR., in their
individual capacity and derivatively as a
member(s) of Horticultural Technologies,
L.L.C.,

                            Plaintiffs,

               -against-                           Civil Action No.: 3:00CV2290(RNC)

WAYNE CASTLEBERRY and
HORTICULTURAL TECHNOLOGIES,
L.L.C.,

                                                June 13, 2003
                           Defendants.

------------------------------------------------------------X

**MOTION TO REOPEN DISCOVERY**

The plaintiffs, Madison Polymeric Engineering, Inc. ("Madison") and Walter L. Maguire ("Maguire"), by their counsel, Neubert, Pepe & Monteith, P.C., upon the annexed Memorandum of Law and the Declaration of Simon I. Allentuch dated June 13, 2003, and all of the pleadings herein, respectfully move this Court for an order pursuant to Fed. R. Civ. Pro. 16(b) reopening discovery for plaintiffs only.

                                                    THE PLAINTIFFS

                                                    By: _____
                                                       Simon I. Allentuch, Esq.
                                                       Neubert, Pepe & Monteith, P.C.
                                                     195 Church Street, 13th Floor
                                                     New Haven, CT 06510
                                                     Tel (203) 821-2000
                                                     Fed. Bar No. ct21094

**ORAL ARGUMENT REQUESTED**
**TESTIMONY NOT REQUIRED**

*[Handwritten margin note, left side]:* GRANTED in part; DENIED in part. Discovery is re-opened as to both parties. All discovery shall be completed (not propounded) by June 7, 2004. SO ORDERED. Donna F. Martinez, U.S.M.J. 3/4/04

*[Stamp]:* FILED 2004 MAR -4 P 3:08