IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------X

MADISON POLYMERIC ENGINEERING, INC.,
WALTER L. MAGUIRE, JR., in their individual : Civil Action No.:3:00CV02290(RNC)
capacity and derivatively as a member(s) of
Horticultural Technologies, L.L.C.,

                Plaintiffs,

     -against-

WAYNE CASTLEBERRY and
HORTICULTURAL TECHNOLOGIES, L.L.C.,
                                                              March 1, 2004

                Defendants.

------------------------------------------------------------X

## MOTION TO EXTEND TIME TO FILE OPPOSITION PAPERS

The plaintiffs, by their counsel, Neubert, Pepe & Monteith, P.C. respectfully request that the Court extend plaintiffs' time to submit its response to defendants' Motion to Enforce Settlement Agreement by up to and including March 21, 2004. This additional time is necessary to properly respond to defendant's Motion. This is the plaintiffs' first request for an extension. Plaintiff's counsel has contacted defense counsel but has not been favored with a reply.

WHEREFORE, the plaintiffs respectfully request that the Court extend their time to file opposition papers to March 21, 2004.

                                                Neubert, Pepe, & Monteith, P.C.
                                                195 Church Street, 13th Floor
                                                New Haven, Connecticut 06510
                                                (203) 821-2000

                                                By: _____
                                                Simon I Allentuch (Fed Bar No. ct 21094)

CERTIFCATION OF SERVICE

I hereby certify that a copy of the foregoing was sent via facsimile and mailed, first class, postage prepaid on March 1, 2004 to:

Thomas Bucci, Esq
Willinger, Willinger & Bucci
855 Main Street
Bridgeport, CT 06604

_____
Simon I. Allentuch