FILED

2004 FEB 13  P 2: 08

U.S. DISTRICT COURT
HARTFORD, CT.

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MADISON POLYMERIC ENGINEERING, INC. | : | CIVIL ACTION NO. |
| WALTER L. MAGUIRE, JR., | | |
| Plaintiffs | : | 3:00cv02290(RNC) |
| | : | |
| V. | : | |
| | : | |
| WAYNE CASTLEBERRY and | : | |
| HORTICULTURAL TECHNOLOGIES, LLC, | : | |
| Defendants. | : | FEBRUARY 12, 2004 |

### MOTION TO ENFORCE SETTLEMENT AGREEMENT

The defendants respectfully request that the court enter an order enforcing the terms of the settlement agreement between the plaintiffs and the defendants. The defendants make this request based on the following factors:

1. On August 25, 2002, the parties participated in a settlement conference with the Honorable Joseph J. Lynch, PJO, presiding.

2. At the conclusion of the conference, the parties reached an agreement on all terms settling this litigation.

3. On or about September 19, 2002, the parties, through their respective attorneys, who appear of record in this case, executed a Joint Settlement Memorandum, containing the terms of their agreement, a copy of which is attached and labeled Exhibit 1.

DENIED without prejudice for failure to comply with D.Conn.L.Civ.R. 7(a)1. The defendants' motion sets forth only their factual contentions; they do not set forth the legal authority upon which they rely in support of their requested relief. The defendants may file a new motion with an accompanying memorandum of law setting forth (relevant legal authority. SO ORDERED.

Donna F. Martinez, U.S.M.J.

2004 MAR -4 P 6: 01