IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------X

MADISON POLYMERIC ENGINEERING, INC.,
WALTER L. MAGUIRE, JR., in their individual
capacity and derivatively as a member(s) of
Horticultural Technologies, L.L.C.,

: Civil Action No.:3:00CV02290(RNC)

        Plaintiffs,

-against-

WAYNE CASTLEBERRY and
HORTICULTURAL TECHNOLOGIES, L.L.C.,

March 1, 2004

        Defendants.

------------------------------------------------------------X



## MOTION TO EXTEND TIME TO FILE OPPOSITION PAPERS

The plaintiffs, by their counsel, Neubert, Pepe & Monteith, P.C. respectfully request that the Court extend plaintiffs' time to submit its response to defendants' Motion to Enforce Settlement Agreement by up to and including March 21, 2004. This additional time is necessary to properly respond to defendant's Motion. This is the plaintiffs' first request for an extension. Plaintiff's counsel has contacted defense counsel but has not been favored with a reply.

WHEREFORE, the plaintiffs respectfully request that the Court extend their time to file opposition papers to March 21, 2004.

Neubert, Pepe, & Monteith, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510
(203) 821-2000

By:_____
Simon I Allentuch (Fed Bar No. ct 21094)

DENIED as moot in light of the court's ruling on the defendants' motion to enforce settlement agreement.
SO ORDERED
Donna F. Martinez, U.S.M.J.
3/5/04

FILED 2004 MAR -8 A 9:53
U.S. DISTRICT COURT
HARTFORD, CT.