IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-----------------------------------------------------------X

MADISON POLYMERIC ENGINEERING, INC.,
WALTER L. MAGUIRE, JR., in their individual
capacity and derivatively as a member(s) of
Horticultural Technologies, L.L.C.,

           Plaintiffs,

-against-

WAYNE CASTLEBERRY and
HORTICULTURAL TECHNOLOGIES, L.L.C.,

           Defendants.

-----------------------------------------------------------X

Civil Action No.: 3:00CV02290(RNC)

FILED
2004 JUN -3  A 10: 31
U.S. DISTRICT COURT
HARTFORD, CT.

June 2, 2004

## JOINT MOTION TO EXTEND TIME TO COMPLETE DISCOVERY

The parties, by their counsel, Neubert, Pepe & Monteith, P.C. and Willinger, Willinger and Bucci, respectfully request that the Court extend the parties' time to complete discovery by thirty (30) days, from June 12, 2004, to July 12, 2004. In support of this motion, the parties represent that they have diligently endeavored to complete discovery by June 12, 2004. However, in an effort to accommodate third party witnesses, defense counsel's other commitments and ongoing issues concerning document production, the parties respectfully request that the Court extend the discovery period up to and including July 12, 2004.

This is the parties' first request for an extension of this second discovery period.

WHEREFORE, the parties respectfully request that the Court grant them an extension of time to complete discovery to July 12, 2004.

THE PLAINTIFFS

By: _____
Simon I Allentuch (ct 21094)
Neubert, Pepe, & Monteith, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510
(203) 821-2000

THE DEFENDANTS

By: Telephonically Authorized
Thomas Bucci, Esq
Willinger, Willinger & Bucci
855 Main Street
Bridgeport, CT 06604