UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2004 JUN -4  A 9:59

U.S. DISTRICT COURT

| | |
|---|---|
| MADISON POLYMERIC ENGINEERING, INC., ET AL., | : |
| Plaintiffs, | : |
| v. | : CASE NO. 3:00CV2290 (RNC) |
| WAYNE CASTLEBERRY, ET AL., | : |
| Defendants. | : |

REFERRAL TO MAGISTRATE JUDGE

This case is hereby referred to Magistrate Judge Donna F. Martinez for the following:

\_\_\_  To confer with the parties and enter the scheduling order required by F.R.Civ.P. 16(b) (orefmisc./misc);

\_\_\_  To supervise discovery and resolve discovery disputes (orefmisc./dscv);

\_\_\_  A ruling on all pretrial motions except dispositive motions, as permitted by 28 U.S.C. § 636(b)(1)(B) (orefmisc./dscv);

\_\_\_  To conduct settlement conferences (orefmisc./cnf);

\_\_\_  To conduct a prefiling conference (orefmisc./cnf);

\_\_\_  To assist the parties in preparing a joint trial memorandum (orefmisc./misc);

_X_  A ruling ruling on the following pending motion (orefm.): Joint Motion to Extend Time to Complete Discovery [doc. 54]

So ordered.

Dated at Hartford, Connecticut this ____ day of June 2004.

Robert N. Chatigny
United States District Judge