IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

----------------------------------------------------------X

MADISON POLYMERIC ENGINEERING, INC., :
WALTER L. MAGUIRE, JR., in their individual : CivilActionNo.:3:00CV02290(RNC)
capacity and derivatively as a member(s) of :
Horticultural Technologies, L.L.C., :

2004 JUN -3  A 10: 31

U.S. DISTRICT COURT
HARTFORD, CT.

Plaintiffs, :

-against- :

WAYNE CASTLEBERRY and :
HORTICULTURAL TECHNOLOGIES, L.L.C., :

                                                          June 2, 2004

Defendants. :

 :

----------------------------------------------------------X

## JOINT MOTION TO EXTEND TIME TO COMPLETE DISCOVERY

The parties, by their counsel, Neubert, Pepe & Monteith, P.C. and Willinger, Willinger

and Bucci, respectfully request that the Court extend the parties' time to complete discovery by

thirty (30) days, from June 12, 2004, to July 12, 2004.  In support of this motion, the parties

represent that they have diligently endeavored to complete discovery by June 12, 2004.  However,

in an effort to accommodate third party witnesses, defense counsel's other commitments and

ongoing issues concerning document production, the parties respectfully request that the Court

extend the discovery period up to and including July 12, 2004.

This is the parties' first request for an extension of this second discovery period.

GRANTED.  Further requests for extension of time will be viewed w.th disfavor.  SO ORDERED.

6/9/04.

[Signature]

FILED

2004 JUN -9  P 12: 53

U.S. DISTRICT COURT
HARTFORD, CT.