IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-----------------------------------------------------------------X

MADISON POLYMERIC ENGINEERING, INC.,
WALTER L. MAGUIRE, JR., in their individual
capacity and derivatively as a member(s) of
Horticultural Technologies, L.L.C.,

                Plaintiffs,

-against-

WAYNE CASTLEBERRY and
HORTICULTURAL TECHNOLOGIES, L.L.C.,

                Defendants.

-----------------------------------------------------------------X

CivilActionNo.:3:00CV02290(RNC)

June 9, 2004

## MOTION TO RESET SCEHDULTING ORDER

The plaintiffs, by their counsel, Neubert, Pepe & Monteith, P.C., respectfully request that the Court reset the deadline for filing dispositive motions to forty five (45) days following the close of discovery. In support of this motion, the plaintiffs state that the Court has reopened discovery following a motion by plaintiffs. Now that discovery has been reopened, and plaintiffs have gathered additional facts and evidence, plaintiffs plan to file a motion for summary judgment. Plaintiffs respectfully submit that it may be able to resolve all pending issues in the case through this motion.

WHEREFORE, the plaintiffs respectfully request that the Court reset the date for submission of dispositive motions to forty five (45) days following the close of discovery.

THE PLAINTIFFS

By: _____
Simon I Allentuch (ct 21094)
Neubert, Pepe, & Monteith, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510
(203) 821-2000

## CERTIFCATION OF SERVICE

    I hereby certify that a copy of the foregoing was sent via United States Postal Service, first class, postage prepaid on June 9, 2004 to:

Thomas Bucci, Esq
Willinger, Willinger & Bucci
855 Main Street
Bridgeport, CT 06604

Simon I. Allentuch (ct21094)