# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MADISON POLYMERIC ENGINEERING, INC. | : | CIVIL ACTION NO. |
| WALTER L. MAGUIRE, JR., | : | |
|     Plaintiffs | : | 3:00cv02290(RNC) |
| | : | |
| V. | : | |
| | : | |
| WAYNE CASTLEBERRY and | : | |
| HORTICULTURAL TECHNOLOGIES, LLC, | : | |
|     Defendants. | : | JUNE 14, 2004 |

## MOTION TO AMEND DEFENDANTS' COUNTERCLAIM PURSUANT TO RULE 15(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE

Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, the defendants respectfully request that the Court allow them to amend their complaint to add an additional cause of action for breach of contract based on the plaintiffs' breaching the agreement into which they had entered with the defendants to settle this case. A copy of the defendants' substituted counterclaim containing the additional cause of action is appended.

**WHEREFORE,** the defendants move that the Court grant their motion to amend their Complaint pursuant to the First Substituted Counterclaim attached hereto.

THE DEFENDANTS


BY_____
Thomas W. Bucci, for
WILLINGER, WILLINGER & BUCCI, P.C.
855 Main Street
Bridgeport, CT  06604
Tel: (203) 366-3939
Fax: (203) 337-4588
Fed. Bar #ct07805
Email: thomasbucci@earthlink.net

## **CERTIFICATION**

      THIS IS TO CERTIFY that on the 14th day of June, 2004, a copy of the foregoing Motion to Amend Counterclaim has been mailed to the following counsel of record:

Simon I. Allentuch, Esquire
Neubert, Pepe & Monteith, P.C.
195 Church Street, 13th Floor
New Haven, CT  06510-2026

_____
Thomas W. Bucci
Willinger, Willinger & Bucci, P.C.