IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------X
:
MADISON POLYMERIC ENGINEERING, INC., :
WALTER L. MAGUIRE, JR., in their individual : Civil Action No.:3:00CV02290
capacity and derivatively as a member(s) of : (RNC)(HBF)
Horticultural Technologies, L.L.C., :
:
               Plaintiffs, :
:
     -against- :
:
WAYNE CASTLEBERRY and :
HORTICULTURAL TECHNOLOGIES, L.L.C., :
: July 12, 2004
               Defendants. :
:
------------------------------------------------------------X

## MOTION TO COMPEL DISCOVERY PRODUCTION

Plaintiffs, by their attorneys, Neubert, Pepe & Monteith, P.C., respectfully moves this Court for an order, pursuant to Fed R. Civ. Pro. 37 compelling defendants to respond to the outstanding requests for production of documents and for sanctions. In support of this Motion, defendant submits the annexed Memorandum of Law.

                                        THE PLAINTIFFS

                                        By:_____
                                        Simon I. Allentuch, Esq.
                                        Neubert, Pepe & Monteith, P.C.
                                        195 Church Street, 13th Floor
                                        New Haven, CT 06510
                                        Tel (203) 821-2000
                                        Fed. Bar No. ct21094

ORAL ARGUMENT REQUESTED
TESTIMONY NOT REQUIRED

CERTIFCATION OF SERVICE

    I hereby certify that a copy of the foregoing was sent via mail, first class, postage prepaid on July 12, 2004 to:

Thomas Bucci, Esq  
Willinger, Willinger & Bucci  
855 Main Street  
Bridgeport, CT 06604

                                                  Simon I. Allentuch