IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------X
:
MADISON POLYMERIC ENGINEERING, INC., :
WALTER L. MAGUIRE, JR., in their individual : Civil Action No.:3:00CV02290
capacity and derivatively as a member(s) of : (RNC)(HBF)
Horticultural Technologies, L.L.C., :
:
                Plaintiffs, :
:
    -against- :
:
WAYNE CASTLEBERRY and :
HORTICULTURAL TECHNOLOGIES, L.L.C., :
: July 12, 2004
                Defendants. :
:
------------------------------------------------------------X

## CERTIFICATION OF SIMON I. ALLENTUCH

      I hereby certify that I have attempted to resolve the issues raised in this motion before seeking intervention from the Court and was unable to do so. Defendants have refused to reexamine all their responses and provide addition documents. Given the impending discovery deadline, and defendants' attempts to hide responsive documents, plaintiffs are unable to ascertain whether defendants have produced all responsive documents absent Court intervention.

                                                                                  Simon I. Allentuch

## CERTIFCATION OF SERVICE

  I hereby certify that a copy of the foregoing was sent via mail, first class, postage prepaid on July 12, 2004 to:

Thomas Bucci, Esq
Willinger, Willinger & Bucci
855 Main Street
Bridgeport, CT 06604

_____
Simon I. Allentuch