UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| MADISON POLYMERIC ENGINEERING, INC., ET AL., : | |
| Plaintiffs, : | |
| v. : | CASE NO. 3:00CV2290 (RNC) |
| WAYNE CASTLEBERRY, ET AL., : | |
| Defendants. : | |

<u>REFERRAL TO MAGISTRATE JUDGE</u>

This case is hereby referred to Magistrate Judge Donna F. Martinez for the following:

___ To confer with the parties and enter the scheduling order required by F.R.Civ.P. 16(b) (orefmisc./misc);

___ To supervise discovery and resolve discovery disputes (orefmisc./dscv);

___ A ruling on all pretrial motions except dispositive motions, as permitted by 28 U.S.C. § 636(b)(1)(B) (orefmisc./dscv);

___ To conduct settlement conferences (orefmisc./cnf);

___ To conduct a prefiling conference (orefmisc./cnf);

___ To assist the parties in preparing a joint trial memorandum (orefmisc./misc);

_X_ A ruling on the following pending motion (orefm.): Motion to Compel Discovery Production [doc. 63]

_____

So ordered.

Dated at Hartford, Connecticut this _____ day of July 2004.

_____       /s/RNC
                                   Robert N. Chatigny
                              United States District Judge