IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------X
:
MADISON POLYMERIC ENGINEERING, INC., :
WALTER L. MAGUIRE, JR., in their individual : CivilActionNo.:3:00CV02290(RNC)
capacity and derivatively as a member(s) of :
Horticultural Technologies, L.L.C., :
:
                      Plaintiffs, :
:
           -against- :
:
WAYNE CASTLEBERRY and :
HORTICULTURAL TECHNOLOGIES, L.L.C., :
: July 16, 2004
                      Defendants. :
:
------------------------------------------------------------X

## MOTION TO EXTEND TIME TO FILE OPPOSITION PAPERS

The plaintiffs, by their counsel, Neubert, Pepe & Monteith, P.C. respectfully request that the Court extend plaintiffs' time to submit its response to defendants' Motion to Enforce Settlement Agreement by fourteen (14) days up to and including August 5, 2004. Responsive papers are currently due on July 22, 2004. In support of this motion, plaintiff's counsel states that he is awaiting depositions transcripts necessary to prepare a proper response. Plaintiffs' counsel has asked for consent to this extension but has not been favored with a reply.

WHEREFORE, the plaintiffs respectfully request that the Court extend their time to file opposition papers to August 5, 2004.

Neubert, Pepe, & Monteith, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510
(203) 821-2000

By:_____
Simon I. Allentuch (Fed Bar No. ct 21094)

CERTIFCATION OF SERVICE

I hereby certify that a copy of the foregoing was sent via facsimile and mailed, first class, postage prepaid on July 16, 2004 to:

Thomas Bucci, Esq
Willinger, Willinger & Bucci
855 Main Street
Bridgeport, CT 06604

Simon I. Allentuch