68

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

----------------------------------------------------------------X

2004 JUL 19 A 9: 07

MADISON POLYMERIC ENGINEERING, INC., :
WALTER L. MAGUIRE, JR., in their indiv:     : CivilActionNo.:3:00CV02290(RNC)
capacity and derivatively as a member(s) of
Horticultural Technologies, L.L.C.,          :

                          Plaintiffs,        :

             -against-                       :

WAYNE CASTLEBERRY and                        :
HORTICULTURAL TECHNOLOGIES, L.L.C.,          :
                                                          July 16, 2004
                          Defendants.        :

----------------------------------------------------------------X

MOTION TO EXTEND TIME TO FILE OPPOSITION PAPERS

   The plaintiffs, by their counsel, Neubert, Pepe & Monteith, P.C. respectfully request that

the Court extend plaintiffs' time to submit its response to defendants' Motion to Enforce

Settlement Agreement by fourteen (14) days up to and including August 5, 2004.  Responsive

papers are currently due on July 22, 2004.  In support of this motion, plaintiff's counsel states that

he is awaiting depositions transcripts necessary to prepare a proper response.  Plaintiffs' counsel

has asked for consent to this extension but has not been favored with a reply.

*(margin, left side, rotated)* July 19, 2004.  Granted.  Counsel are reminded that motions for extension of time must be filed 5 days prior the deadline in question.  So ordered.

*(margin, vertical)* Robert N. Chatigny, U.S.D.J.