# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MADISON POLYMERIC ENGINEERING, INC. | : | CIVIL ACTION NO. |
| WALTER L. MAGUIRE, JR., | : | 3:00cv02290(RNC) (DFM) |
|     Plaintiffs | : | |
| | : | |
| V. | : | |
| | : | |
| WAYNE CASTLEBERRY and | : | |
| HORTICULTURAL TECHNOLOGIES, LLC, | : | |
|     Defendants. | : | AUGUST 3, 2004 |

## DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION TO COMPEL NUNC PRO TUNC

The defendants request an extension of time to August 9, 2004 to respond to the plaintiffs' motion to compel. The defendants' counsel makes this request because he has not had adequate time to respond to the plaintiffs' motion for the reason that he had to prepare two joint trial memorandums and opposition papers to a motion for summary judgment for matters pending in the United States District Court for the District of Connecticut and the Connecticut Superior Court within the preceding two weeks.

Wherefore, the Defendants' moves for an extension of time to August 9, 2004, to respond to plaintiffs' motion to compel.

The defendants' counsel has communicated his request to plaintiffs' counsel and plaintiffs' counsel objects to Defendants' request for an extension of time.

This is the first request made by defendants' counsel for an extension of time.

                        THE DEFENDANTS

BY:_____
     Thomas W. Bucci, for
     WILLINGER, WILLINGER & BUCCI, P.C.
     855 Main Street
     Bridgeport, CT  06604
     Tel: (203) 366-3939
     Fax: (203) 337-4588
     Fed. Bar #ct07805
     Email: tbucci@wwblaw.com

## CERTIFICATION

THIS IS TO CERTIFY that on the 3rd day of August, 2004, a copy of the foregoing Motion for Extension of Time has been mailed to the following to the following counsel of record:

Simon I. Allentuch, Esquire
Neubert, Pepe & Monteith, P.C.
195 Church Street, 13th Floor
New Haven, CT  06510-2026

_____
Thomas W. Bucci
Willinger, Willinger & Bucci, P.C.