UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MADISON POLYMERIC ENGINEERING, INC. | : | CIVIL ACTION NO. |
| WALTER L. MAGUIRE, JR., | : | 3:00cv02290(RNC) (DFM) |
| Plaintiffs | : | |
| | : | |
| V. | : | |
| | : | |
| WAYNE CASTLEBERRY and | : | |
| HORTICULTURAL TECHNOLOGIES, LLC, | : | |
| Defendants. | : | AUGUST 5, 2004 |

**OBJECTION TO PLAINTIFFS' MOTION
TO
COMPEL DISCOVERY PRODUCTION**

The defendants, for the reasons stated in their memorandum in opposition to the plaintiffs' motion to compel discovery, object to the plaintiffs' motion. Further, the request made by the plaintiffs for sanctions in advancing their motion is not warranted because the defendants have made a good faith effort to comply with the plaintiffs' discovery requests. As further explained in the defendants' memorandum, the plaintiffs' unwarranted assumptions

concerning the defendants' previous responses, are the main reasons for the plaintiffs' dissatisfaction with the defendants' compliance.

                THE DEFENDANTS

BY:_____
Thomas W. Bucci, for
WILLINGER, WILLINGER & BUCCI, P.C.
855 Main Street
Bridgeport, CT  06604
Tel: (203) 366-3939
Fax: (203) 337-4588
Fed. Bar #ct07805
Email: tbucci@wwblaw.com

## CERTIFICATION

THIS IS TO CERTIFY that on the 5th day of August, 2004, a copy of the foregoing Objection has been mailed and transmitted by facsimile to the following counsel of record:

Simon I. Allentuch, Esquire
Neubert, Pepe & Monteith, P.C.
195 Church Street, 13th Floor
New Haven, CT  06510-2026
Fed. Bar #ct21094
Tel: 203-821-2000
Fax: 203-821-2009
Email: sia@npmlaw.com

_____
Thomas W. Bucci
Willinger, Willinger & Bucci, P.C.