IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-----------------------------------------------------------X

MADISON POLYMERIC ENGINEERING, INC.,
WALTER L. MAGUIRE, JR., in their individual
capacity and derivatively as a member(s) of
Horticultural Technologies, L.L.C.,

          Plaintiffs,

-against-

WAYNE CASTLEBERRY and
HORTICULTURAL TECHNOLOGIES, L.L.C.,

          Defendants.

-----------------------------------------------------------X

Civil Action No.: 3:00CV02290(RNC)

August 9, 2004

FILED 2004 AUG -9 A 11: 28 U.S. DISTRICT COURT HARTFORD, CT.

## MOTION TO EXTEND TIME TO FILE OPPOSITION PAPERS

The plaintiffs, by their counsel, Neubert, Pepe & Monteith, P.C. respectfully request that the Court extend plaintiffs' time to submit its response to defendants' Motion to Enforce Settlement by two business days up to and including August 9, 2004. Plaintiffs respectfully submit that they miscalendared the due date of their response papers. Plaintiffs will not be prejudiced by the two business day delay.

WHEREFORE, the plaintiffs respectfully request that the Court extend their time to file opposition papers to August 9, 2003.

THE PLAINTIFFS

By: _____
Simon I Allentuch (Fed Bar No. ct 21094)
Neubert, Pepe, & Monteith, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510
(203) 821-2000

CERTIFCATION OF SERVICE

I hereby certify that a copy of the foregoing was sent via facsimile and mailed, first class, postage prepaid on August 9, 2004 to:

Thomas Bucci, Esq
Willinger, Willinger & Bucci
855 Main Street
Bridgeport, CT 06604

Simon I. Allentuch