IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-----------------------------------------------------------X

MADISON POLYMERIC ENGINEERING, INC., :
WALTER L. MAGUIRE, JR., in their individual    : Civil Action No.:3:00CV02290(RNC)
capacity and derivatively as a member(s) of
Horticultural Technologies, L.L.C.,            :

                Plaintiffs,   :

      -against-

WAYNE CASTLEBERRY and                          :
HORTICULTURAL TECHNOLOGIES, L.L.C.,            :

                Defendants.   :

-----------------------------------------------------------X

**FILED**
2004 AUG -9 A 11: 28
U.S. DISTRICT COURT

## DECLARATION OF SIMON I. ALLENTUCH

Simon I. Allentuch, an attorney duly admitted to practice in the State of Connecticut and before this Court, declares under penalty of perjury:

1. I am Of Counsel to the firm of Neubert, Pepe & Monteith, P.C., attorneys for the plaintiffs in the above captioned case. I submit this Declaration in opposition to Defendants' Motion to Enforce Settlement Agreement. I make this Declaration based on my knowledge of the file.

2. Attached as Exhibit 1 hereto are the relevant pages of the Horticultural Technologies, LLC Confidential Business Plan.

3. Attached as Exhibit 2 hereto is a final report entitled "The Use of Medius Foam Products for Horticultural Applications" prepared by William C. Fonteno of North Carolina State University.

4. Attached as Exhibit 3 is a copy of the initial budget for Horticultural technologies, LLC ("HTL")

5. Attached as Exhibit 4 are relevant pages of the Deposition of Wayne Castleberry.

6. Attached as Exhibit 5 is a document concerning the disposition of the claims in this case prepare following a meeting with Special Master Lynch.

7. Attached as Exhibit 6 are relevant pages of the website cpmedius.com.

8. Attached as Exhibit 7 are the Articles of Organization for CP Medius, LLC, obtained from the website for the Secretary of State of North Carolina.

9. Attached as Exhibit 8 is the Annual Report of CP Medius, LLC, obtained from the website for the Secretary of State of North Carolina.

10. Attached as Exhibit 9 is the registration information for the website cpmedius.com obtained from the Network Solutions website.

11. Attached as Exhibit 10 are relevant pages of the Deposition of Mark Pavlansky.

12. Attached as Exhibit 11 is the plaintiff's First Demand for Production of Documents.

13. Attached as Exhibit 12 is a copy of the Subpoena which was addressed to Mark Pavlansky of Hibco Plastics.

14. Attached as Exhibit 13 is a copy of relevant pages of the Deposition of Walter L. Maguire, Jr.

15. Attached as Exhibit 14 are print outs from the United States Patent Trademark Office for trademarks for the Medius product.

16. Attached as Exhibit 15 are legal bills from the firm Brock, Scott, & Ingersoll, PLLC and a copy of a check demonstrating payment.

17. Attached as Exhibit 16 are invoices concerning the design of the Medius logo for CP Medius, LLC and a check demonstrating payment.

18. Attached as Exhibit 17 are invoices concerning CP Medius packaging design and web hosting and a check demonstrating payment.

19. A number of the forgoing exhibits were obtained from Mark Pavlansky of North Carolina after a laborious battle to obtain these documents and testimony. Defendant Castleberry never produced these documents and he testified, in effect, that all of the activity which these exhibits and thousands of other pages document, did not occur since he supposedly had nothing to do with Medius. These documents include invoices and checks demonstrating that These documents, some of which were discussed above, demonstrate that Castleberry used thousands and thousands of dollars of HTL funds to pay for his personal lifestyle, including purchases at Circuit City, trips to Canada for his other business, personal taxes, life insurance, insurance for CP Medius, restaurants near his house to name a few.

20. Attached as Exhibit 18 are relevant pages from the second deposition of Mark Pavlansky.

21 Attached as Exhibit 19 are relevant pages from the second deposition of Wayne Castleberry.

22. Attached as Exhibit 20 is the Affidavit of Walter L. Maguire, Jr.

23. Attached as Exhibit 21 is are documents concerning the development and marketing of the Floral Container Carrier by Horticultural Technologies, LLC.

Simon I. Allentuch (ct21094)

## CERTIFCATION OF SERVICE

    I hereby certify that a copy of the foregoing was sent via first class, postage prepaid on August 9, 2004 to:

Thomas Bucci, Esq
Willinger, Willinger & Bucci
855 Main Street
Bridgeport, CT 06604

 

_____
Simon I. Allentuch