crtmnhrg (January 10, 2002)

HONORABLE **Marinez**
DEPUTY CLERK **Walker**   RPTR/ERO/TAPE **080904 A**

TOTAL TIME: ___ hours **30** minutes

DATE **8/9/04**   START TIME **10:40am**   END TIME **11:10am**
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

Madison Polymeric
vs.
Castleberry, et al

CIVIL NO. **3:00 CV 2290 (RNC)**

Allentuch, Simon
Plaintiffs' Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

Bucci, Thomas
Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☒ (mhrgh) Motion Hearing
☐ (contmphrg.) Contempt Hearing
☐ (pchrg.) Probable Cause Hearing
☐ (mischrg.) Miscellaneous Hearing
☐ (confmhrg.) Confirmation Hearing
☐ (evidhrg.) Evidentiary Hearing
☐ (fairhrg.) Fairness Hearing
☐ (showhrg.) Show Cause Hearing
☐ (jgmdbexam.) Judgment Debtor Exam
☐ (stlmthrg.) Settlement Hearing

MOTION DOCUMENT NO.

☒ ... #**63** Motion **to Compel** — ☐ granted ☐ denied ☒ advisement

Hearing continued until _____ at _____