UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 AUG 12  A 9:33

DISTRICT COURT
HARTFORD, CT.

MADISON POLYMERIC ENGINEERING, :
INC., WALTER L. MAGUIRE, JR.,   :
                                :
    Plaintiffs,                 :
                                :
V.                              :    CASE NO. 3:00CV2290 (RNC)
                                :
WAYNE CASTLEBERRY and           :
HORTICULTURAL TECHNOLOGIES,     :
L.L.C.,                         :
                                :
    Defendants.                 :

## RULING ON DEFENDANTS' MOTION TO ENFORCE SETTLEMENT AGREEMENT

Defendants' motion to enforce settlement agreement [doc. # 61] is hereby denied. Plaintiffs plausibly claim that they were fraudulently induced to enter into the agreement on the understanding that it would entitle them to receive and exploit intellectual property associated with the product known as "Medius." The terms of the Joint Settlement Memorandum do not preclude plaintiffs' claim (the phrase "intellectual property" in paragraph 3 could be construed to encompass the "Medius" trademark). Accordingly, the motion must be denied.

It is so ordered this 11th day of August 2004.

Robert N. Chatigny
United States District Judge