IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------------X
: 
MADISON POLYMERIC ENGINEERING, INC., :
WALTER L. MAGUIRE, JR., in their individual : Civil Action No.:3:00CV02290
capacity and derivatively as a member(s) of : (RNC)
Horticultural Technologies, L.L.C., :
 :
               Plaintiffs, :
 :
    -against- :
 :
WAYNE CASTLEBERRY and :
HORTICULTURAL TECHNOLOGIES, L.L.C., :
 : August 24, 2004
               Defendants. :
 :
---------------------------------------------------------------X

## MOTION TO COMPEL DISCOVERY PRODUCTION

Plaintiffs, by their attorneys, Neubert, Pepe & Monteith, P.C., respectfully moves this Court for an order, pursuant to Fed R. Civ. Pro. 37 compelling defendants to respond to the outstanding requests for production of documents and for sanctions. In support of this Motion, defendant submits the annexed Memorandum of Law.

THE PLAINTIFFS

By:_____
Simon I. Allentuch, Esq.
Neubert, Pepe & Monteith, P.C.
195 Church Street, 13th Floor
New Haven, CT 06510
Tel (203) 821-2000
Fed. Bar No. ct21094

ORAL ARGUMENT REQUESTED
TESTIMONY NOT REQUIRED

## CERTIFCATION OF SERVICE

    I hereby certify that a copy of the foregoing was sent via mail, first class, postage prepaid on August 25, 2004 to:

Thomas Bucci, Esq
Willinger, Willinger & Bucci
855 Main Street
Bridgeport, CT 06604

                                                     Simon I. Allentuch