IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------X
:
MADISON POLYMERIC ENGINEERING, INC., :
WALTER L. MAGUIRE, JR., in their individual : Civil Action No.:3:00CV02290
capacity and derivatively as a member(s) of : (RNC)
Horticultural Technologies, L.L.C., :
:
            Plaintiffs, :
:
-against- :
:
WAYNE CASTLEBERRY and :
HORTICULTURAL TECHNOLOGIES, L.L.C., :
: August 24, 2004
           Defendants. :
:
------------------------------------------------------------X

## NOTICE OF MANUAL FILING

Please take notice that Plaintiffs, Madison Polymeric Engineering, Inc. and Walter L. Maguire, Jr., have manually filed the Exhibits 1-3 to Plaintiffs' Memorandum of Law in Support of Motion to Compel Discovery Production. The Exhibits 1-3 have not been filed electronically because the electronic file size of the document exceeds 1.5 megabytes. The Exhibits have been manually served on all parties.

THE PLAINTIFFS

By: _____
Simon I. Allentuch, Esq.
Neubert, Pepe & Monteith, P.C.
195 Church Street, 13th Floor
New Haven, CT 06510
Tel (203) 821-2000
Fed. Bar No. ct21094

CERTIFCATION OF SERVICE

  I hereby certify that a copy of the foregoing was sent via mail, first class, postage prepaid on August 25, 2004 to:

Thomas Bucci, Esq
Willinger, Willinger & Bucci
855 Main Street
Bridgeport, CT 06604

                    Simon I. Allentuch