IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-----------------------------------------------------------------X

MADISON POLYMERIC ENGINEERING, INC., :
WALTER L. MAGUIRE, JR., in their individual : Civil Action No.:3:00CV02290
capacity and derivatively as a member(s) of : (RNC)
Horticultural Technologies, L.L.C., :
:
Plaintiffs, :
:
-against- :
:
WAYNE CASTLEBERRY and :
HORTICULTURAL TECHNOLOGIES, L.L.C., :
: August 24, 2004
Defendants. :
:
-----------------------------------------------------------------X

## CERTIFICATION OF SIMON I. ALLENTUCH

I hereby certify that I have attempted to resolve the issues raised in this motion before seeking intervention from the Court and was unable to do so. Defendants' counsel is on vacation and is unreachable. Given the impending trial, plaintiffs are seeking immediate intervention from the Court.

_____
Simon I. Allentuch

## CERTIFCATION OF SERVICE

I hereby certify that a copy of the foregoing was sent via mail, first class, postage prepaid on August 25, 2004 to:

Thomas Bucci, Esq
Willinger, Willinger & Bucci
855 Main Street
Bridgeport, CT 06604

Simon I. Allentuch