IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

----------------------------------------------------------------X
                                                        :
MADISON POLYMERIC ENGINEERING, INC.,    :
WALTER L. MAGUIRE, JR., in their individual        : CivilActionNo.:3:00CV02290(RNC)
capacity and derivatively as a member(s) of            :
Horticultural Technologies, L.L.C.,                        :
                                                        :
                          Plaintiffs,                          :
                                                        :
          -against-                                          :
                                                        :
WAYNE CASTLEBERRY and                           :
HORTICULTURAL TECHNOLOGIES, L.L.C.,    :
                                                        :          August 24, 2004
                          Defendants.                     :
                                                        :
----------------------------------------------------------------X

## MOTION TO EXTEND TIME TO FILE TRIAL MEMORANDUM

The plaintiffs, by their counsel, Neubert, Pepe & Monteith, P.C. respectfully

request that the Court extend the parties time to file a Trial Memorandum. In support of this

motion, the plaintiffs state that defendants were required to produce additional documents on

August 20, 2004 in response to a Ruling issued by Magistrate Martinez. A copy of the Order is

annexed hereto as Exhibit 1. Defendants have failed to comply with the Order and plaintiffs have

filed a new motion to compel. It is impossible to prepare the Trial Memorandum when discovery

is so incomplete. Plaintiffs will be unduly prejudiced if they are forced to move forward without

these key responsive documents. Plaintiff contacted both Magistrate Martinez' clerk and this

Court's clerk on August 23 to advise chambers of this issue but was informed that both judges

were on vacation this week. Additionally, counsel for the defendants is also on vacation.

Plaintiffs therefore request that the Court extend the date the Trial Memorandum is due to

seven (7) days after the relief to be ordered by Judge Martinez.

ORAL ARGUMENT REQUESTED
TESTIMONY NOT REQURIED

WHEREFORE, the plaintiffs respectfully request that the Court extend the date the Trial

Memorandum is due to seven (7) days after the relief to be ordered by Judge Martinez.

Neubert, Pepe, & Monteith, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut  06510
(203) 821-2000

By:_____
   Simon I Allentuch (Fed Bar No. ct 21094)

ORAL ARGUMENT REQUESTED
TESTIMONY NOT REQURIED

## CERTIFCATION OF SERVICE

I hereby certify that a copy of the foregoing was sent via mail, first class, postage prepaid on August 25, 2004 to:

Thomas Bucci, Esq
Willinger, Willinger & Bucci
855 Main Street
Bridgeport, CT 06604

Simon I. Allentuch