IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-----------------------------------------------------------X

MADISON POLYMERIC ENGINEERING, INC., :
WALTER L. MAGUIRE, JR., in their individual :   CivilActionNo.:3:00CV02290(RNC)
capacity and derivatively as a member(s) of :
Horticultural Technologies, L.L.C., :

                              Plaintiffs, :

                          -against- :

WAYNE CASTLEBERRY and :
HORTICULTURAL TECHNOLOGIES, L.L.C., :
                                                                  : August 9, 2004

                              Defendants. :

-----------------------------------------------------------X

## MOTION TO EXTEND TIME TO FILE OPPOSITION PAPERS

The plaintiffs, by their counsel, Neubert, Pepe & Monteith, P.C. respectfully request that the Court extend plaintiffs' time to submit its response to defendants' Motion to Enforce Settlement by two business days up to and including August 9, 2004. Plaintiffs respectfully submit that they miscalendared the due date of their response papers. Plaintiffs will not be prejudiced by the two business day delay.

WHEREFORE, the plaintiffs respectfully request that the Court extend their time to file opposition papers to August 9, 2003.

                                                                   THE PLAINTIFFS

                                                                   By:_____
                                                                   Simon I Allentuch (Fed Bar No. ct 21094)
                                                                 Neubert, Pepe, & Monteith, P.C.
                                                                 195 Church Street, 13th Floor
                                                                 New Haven, Connecticut 06510
                                                                 (203) 821-2000

*[Handwritten margin annotation: "August 25, 2004. Denied as moot. So ordered. Robert N. Chatigny, U.S.D.J."]*