IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-----------------------------------------------------------------X
:
MADISON POLYMERIC ENGINEERING, INC., :
WALTER L. MAGUIRE, JR., in their individual : CivilActionNo.:3:00CV02290(RNC)
capacity and derivatively as a member(s) of :
Horticultural Technologies, L.L.C., :
:
               Plaintiffs, :
:
               -against- :
:
WAYNE CASTLEBERRY and :
HORTICULTURAL TECHNOLOGIES, L.L.C., :
: August 24, 2004
             Defendants. :
:
-----------------------------------------------------------------X

### MOTION TO EXTEND TIME TO FILE TRIAL MEMORANDUM

The plaintiffs, by their counsel, Neubert, Pepe & Monteith, P.C. respectfully request that the Court extend the parties time to file a Trial Memorandum. In support of this motion, the plaintiffs state that defendants were required to produce additional documents on August 20, 2004 in response to a Ruling issued by Magistrate Martinez. A copy of the Order is annexed hereto as Exhibit 1. Defendants have failed to comply with the Order and plaintiffs have filed a new motion to compel. It is impossible to prepare the Trial Memorandum when discovery is so incomplete. Plaintiffs will be unduly prejudiced if they are forced to move forward without these key responsive documents. Plaintiff contacted both Magistrate Martinez' clerk and this Court's clerk on August 23 to advise chambers of this issue but was informed that both judges were on vacation this week. Additionally, counsel for the defendants is also on vacation.

Plaintiffs therefore request that the Court extend the date the Trial Memorandum is due to seven (7) days after the relief to be ordered by Judge Martinez.

ORAL ARGUMENT REQUESTED
TESTIMONY NOT REQURIED

*August 27, 2004. Denied. So ordered.*
*Robert N. Chatigny, U.S.D.J.*