IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------------X
: 
MADISON POLYMERIC ENGINEERING, INC., :
WALTER L. MAGUIRE, JR., in their individual : Civil Action No.:3:00CV02290(RNC)
capacity and derivatively as a member(s) of :
Horticultural Technologies, L.L.C., :
 :
                Plaintiffs, :
 :
    -against- :
 :
WAYNE CASTLEBERRY and :
HORTICULTURAL TECHNOLOGIES, L.L.C., :
 : September 27, 2004
                Defendants. :
 :
---------------------------------------------------------------X

## MOTION TO EXTEND TIME TO COMPLETE SETTLEMENT

The plaintiffs, by their counsel, Neubert, Pepe & Monteith, P.C. respectfully request that the Court extend the parties time to finalize and perform their settlement agreement in this matter such that the case is not dismissed until October 20, 2004. This time is necessary to finalize the settlement agreement and fully perform the obligations thereunder. This is the plaintiffs' first request for an extension.

WHEREFORE, the plaintiffs respectfully request that the Court extend their time close the case until October 20, 2004.

THE PLAINTIFFS

By: _____
Simon I Allentuch (Fed Bar No. ct 21094)
Neubert, Pepe, & Monteith, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510
(203) 821-2000

## CERTIFCATION OF SERVICE

I hereby certify that a copy of the foregoing was sent via facsimile and mailed, first class, postage prepaid on September 27, 2004 to:

Thomas Bucci, Esq
Willinger, Willinger & Bucci
855 Main Street
Bridgeport, CT 06604

_____
Simon I. Allentuch