## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MADISON POLYMERIC ENGINEERING, INC. | : | CIVIL ACTION NO. |
| WALTER L. MAGUIRE, JR., | : | 3:00cv02290(RNC) |
| Plaintiffs | : | |
| | : | |
| V. | : | |
| | : | |
| WAYNE CASTLEBERRY and | : | |
| HORTICULTURAL TECHNOLOGIES, LLC, | : | |
| Defendants. | : | SEPTEMBER 29, 2004 |

## DEFENDANTS' OBJECTION TO PLAINTIFFS' MOTION FOR EXTENSION OF TIME

The defendants object to the plaintiffs' motion to extend time to complete settlement agreement and to postpone dismissal of this action to October 20, 2004. The plaintiffs reported to the Court on August 31, 2004 that this case has been settled. Since that date, the plaintiffs have failed to communicate even a draft settlement agreement to the defendants for their review. The plaintiffs fail to provide any reason for its delay in finalizing this matter within the allotted 30 days.

Wherefore, the Defendants' move that the plaintiffs' motion be denied and that an order of dismissal be entered forthwith.

THE DEFENDANTS


BY:_____
Thomas W. Bucci, for
WILLINGER, WILLINGER & BUCCI, P.C.
855 Main Street
Bridgeport, CT  06604
Tel: (203) 366-3939
Fax: (203) 337-4588
Fed. Bar #ct07805
Email: tbucci@wwblaw.com

## **CERTIFICATION**

THIS IS TO CERTIFY that on the 29th day of September, 2004, a copy of the foregoing Objection has been mailed to the following counsel of record:

Simon I. Allentuch, Esquire
Neubert, Pepe & Monteith, P.C.
195 Church Street, 13th Floor
New Haven, CT  06510-2026
Tel: 203-821-2000
Fax: 203-821-2009
Fed. Bar No. ct21094

_____
Thomas W. Bucci
Willinger, Willinger & Bucci, P.C.