IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------X:

| | |
|---|---|
| MADISON POLYMERIC ENGINEERING, INC., WALTER L. MAGUIRE, JR., in their individual capacity and derivatively as a member(s) of Horticultural Technologies, L.L.C., <br><br> Plaintiffs, <br><br> -against- <br><br> WAYNE CASTLEBERRY and HORTICULTURAL TECHNOLOGIES, L.L.C., <br><br> Defendants. | Civil Action No.:3:00CV02290(RNC) <br><br><br><br><br><br><br><br><br><br> October 5, 2004 |

------------------------------------------------------------X

**REPLY IN FURTHER SUPPORT OF MOTION TO EXTEND TIME TO COMPLETE SETTLEMENT DATED SEPTEMBER 27, 2004**

The plaintiffs, by their counsel, Neubert, Pepe & Monteith, P.C. hereby reply to the defendants' Objection to the plaintiffs' Motion to Extend Time dated September 27, 2004. The plaintiffs requested the additional time in order to obtain necessary tax accounting advice concerning structure of settlement funds as well as to obtain information concerning inventory and other equipment to be transferred in the settlement. The plaintiffs have obtained and analyzed the aforementioned information. As such, the plaintiffs respectfully request that the Court extend the time to close the case until October 20, 2004. This short extension will permit a timely and orderly disposition of the case.

THE PLAINTIFFS

By: _____
Simon I. Allentuch (Fed Bar No. ct 21094)
Neubert, Pepe, & Monteith, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510
(203) 821-2000

## CERTIFCATION OF SERVICE

    I hereby certify that a copy of the foregoing was sent via facsimile and mailed, first class, postage prepaid on October 5, 2004 to:

Thomas Bucci, Esq
Willinger, Willinger & Bucci
855 Main Street
Bridgeport, CT 06604

                                                         _____
                                                              Simon I. Allentuch