IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-----------------------------------------------------------------X

| | |
|---|---|
| MADISON POLYMERIC ENGINEERING, INC., WALTER L. MAGUIRE, JR., in their individual capacity and derivatively as a member(s) of Horticultural Technologies, L.L.C., | : Civil Action No.:3:00CV02290(RNC) |
| Plaintiffs, | |
| -against- | |
| WAYNE CASTLEBERRY and HORTICULTURAL TECHNOLOGIES, L.L.C., | |
| | October 15, 2004 |
| Defendants. | |

-----------------------------------------------------------------X

MOTION TO EXTEND TIME TO COMPLETE SETTLEMENT

The plaintiffs, by their counsel, Neubert, Pepe & Monteith, P.C. respectfully request that the Court extend the parties time to finalize and perform their settlement agreement in this matter such that the case is not dismissed until November 15, 2004. Plaintiff transmitted a settlement agreement to defendants counsel after it obtained the necessary advice to proceed but has not been favored with a response. This time is necessary to finalize the settlement agreement and fully perform the obligations thereunder. Plaintiffs remain ready, willing and able to perform their obligations under the proposed settlement agreement. This is the plaintiffs' second request for an extension.

WHEREFORE, the plaintiffs respectfully request that the Court extend their time close the case until November 15, 2004.

THE PLAINTIFFS

By: _____
Simon I Allentuch (Fed Bar No. ct 21094)
Neubert, Pepe, & Monteith, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510
(203) 821-2000

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing was sent via facsimile and mailed, first class, postage prepaid on October 15, 2004 to:

Thomas Bucci, Esq
Willinger, Willinger & Bucci
855 Main Street
Bridgeport, CT 06604

Simon I. Allentuch