IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

----------------------------------------------------------------X

MADISON POLYMERIC ENGINEERING, INC.,
WALTER L. MAGUIRE, JR., in their individual
capacity and derivatively as a member(s) of
Horticultural Technologies, L.L.C.,

: Civil Action No. 3:00CV02290(RNC)

Plaintiffs,

-against-

WAYNE CASTLEBERRY and
HORTICULTURAL TECHNOLOGIES, L.L.C.,

September 27, 2004

Defendants.

----------------------------------------------------------------X

MOTION TO EXTEND TIME TO COMPLETE SETTLEMENT

The plaintiffs, by their counsel, Neubert, Pepe & Monteith, P.C. respectfully request that the Court extend the parties time to finalize and perform their settlement agreement in this matter such that the case is not dismissed until October 20, 2004. This time is necessary to finalize the settlement agreement and fully perform the obligations thereunder. This is the plaintiffs' first request for an extension.

WHEREFORE, the plaintiffs respectfully request that the Court extend their time close the case until October 20, 2004.

September 29, 2004. Madison Polymeric Engineering, Inc. v. Castleberry
3:00CV02290 (RNC)

Re: Motion to Extend Time to Complete Settlement

Granted. So ordered.

Robert N. Chatigny, U.S.D.J.