IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-----------------------------------------------------------------X

MADISON POLYMERIC ENGINEERING, INC.,
WALTER L. MAGUIRE, JR., in their individual : Civil Action No.:3:00CV02290(RNC)
capacity and derivatively as a member(s) of
Horticultural Technologies, L.L.C.,

               Plaintiffs,

     -against-

WAYNE CASTLEBERRY and
HORTICULTURAL TECHNOLOGIES, L.L.C.,

                                                  November 16, 2004

               Defendants.

-----------------------------------------------------------------X

## MOTION TO EXTEND TIME TO COMPLETE SETTLEMENT

The plaintiffs, by their counsel, Neubert, Pepe & Monteith, P.C. respectfully request that the Court extend the parties time to finalize and perform their settlement agreement in this matter such that the case is not dismissed until December 15, 2004. Plaintiffs have not received settlement funds nor have they received a signed settlement agreement from defendants. Based on defendants' representations, plaintiffs believe that the agreement and funds will be forthcoming in the near future. If the Court is not inclined to extend the parties time to complete the settlement, plaintiffs respectfully request that the Court restore the case to the trial calendar. Plaintiffs will thereafter file motions to enforce the settlement.

WHEREFORE, the plaintiffs respectfully request that the Court extend their time close the case until December 15, 2004.

THE PLAINTIFFS

By: _____
Simon I Allentuch (Fed Bar No. ct 21094)
Neubert, Pepe, & Monteith, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510
(203) 821-2000

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing was sent via facsimile and mailed, first class, postage prepaid on November 16, 2004 to:

Thomas Bucci, Esq
Willinger, Willinger & Bucci
855 Main Street
Bridgeport, CT 06604

Simon I. Allentuch