IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------X

MADISON POLYMERIC ENGINEERING, INC.,
WALTER L. MAGUIRE, JR., in their individual : Civil Action No.:3:00CV02290(RNC)
capacity and derivatively as a member(s) of
Horticultural Technologies, L.L.C.,

                Plaintiffs,

            -against-

WAYNE CASTLEBERRY and
HORTICULTURAL TECHNOLOGIES, L.L.C.,
                                    November 16, 2004

                Defendants.

------------------------------------------------------------X

MOTION TO EXTEND TIME TO COMPLETE SETTLEMENT

The plaintiffs, by their counsel, Neubert, Pepe & Monteith, P.C. respectfully request that the Court extend the parties time to finalize and perform their settlement agreement in this matter such that the case is not dismissed until December 15, 2004. Plaintiffs have not received settlement funds nor have they received a signed settlement agreement from defendants. Based on defendants' representations, plaintiffs believe that the agreement and funds will be forthcoming in the near future. If the Court is not inclined to extend the parties time to complete the settlement, plaintiffs respectfully request that the Court restore the case to the trial calendar. Plaintiffs will thereafter file motions to enforce the settlement.