FILED

2004 DEC 14  A 8: 12

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT      U.S. DISTRICT COURT
HARTFORD, CT.

------------------------------------------------------------X
:
MADISON POLYMERIC ENGINEERING, INC., :
WALTER L. MAGUIRE, JR., in their individual   : Civil Action No.:3:00CV02290(RNC)
capacity and derivatively as a member(s) of   :
Horticultural Technologies, L.L.C.,           :
:
               Plaintiffs,            :
:
          -against-                       :
:
WAYNE CASTLEBERRY and                         :
HORTICULTURAL TECHNOLOGIES, L.L.C.,           :
:                       November 30, 2004
               Defendants.            :
:
------------------------------------------------------------X

## STIPULATION OF JUDGMENT

Plaintiffs Walter L. Maguire, Jr. ("Maguire") and Madison Polymeric Engineering, Inc. ("Madison") (collectively "Plaintiffs") and defendants Wayne Castleberry ("Castleberry") and Horticultural Technologies, LLC ("HTL") (collectively "Defendants"), hereby stipulate and agree as follows:

1.    Plaintiffs has alleged in their Amended Complaint claims for breach of contract, breach of fiduciary duty, fraud breach of the covenant of good faith and fair dealing, and negligent misrepresentation all concerning defendant Castleberry's actions in connection of HTL.

2.	Defendant appeared by counsel and filed an Answer and counterclaims.

3.	The parties hereto have reached an agreement, which is memorialized in a separate Settlement Agreement. Pursuant to the Settlement Agreement, Castleberry shall pay Madison the sum of $6,957.00 (the "Payment") on or before May 30, 2005 by sending a certified or bank funds to its counsel, Simon I. Allentuch, Esq., Neubert, Pepe & Monteith, P.C., 195 Church Street, New Haven, CT 06510.

4.	As consideration for this payment, in addition to such other consideration recited herein, plaintiffs shall provide defendants with the relief set forth in the Settlement Agreement, including, a general release and withdrawal of all claims. Counsel for plaintiffs shall hold a Satisfaction of Judgment in escrow. Upon receipt of the Payment contemplated in paragraph 3, plaintiffs shall release the Satisfaction of Judgment to defendants' counsel. Such general release and Satisfaction of Judgment shall have no effect until Castleberry has met his obligations hereunder. After Castleberry has satisfied his obligations set forth in paragraph 3, defense counsel may file a Satisfaction of Judgment and such other document or documents necessary to extinguish the Judgment with the Court.

5.	The parties agree that the debt created herein shall not be dischargeable in bankruptcy as the claims in this case concerned fraud.

THEREFORE, it is hereby ORDERED ADJUDGED AND DECREED that defendant Wayne Castleberry shall pay plaintiff Madison the sum of $6,957.00 on or before May 30, 2005 in certified or bank funds.

| THE DEFENDANTS | THE PLAINTIFFS |
|---|---|
| *[signature]* | *[signature]* |
| Thomas W. Bucci, Esq. | Simon I. Allentuch, Esq. |
| Willinger, Willinger & Bucci, P.C. | Neubert, Pepe & Monteith, P.C. |
| 855 Main Street, Bridgeport, CT 06604 | 195 Church Street, 13th Floor |
| Tel: (203) 366-3939 | New Haven, Connecticut 06510-2026 |
| Fed. Bar No. ct7805 | Fed Bar No.: ct21094 |

So Ordered this  13  day of  December , 2004,

_____
Hon. Robert N. Chatigny
United States District Judge